Jane A. Baker and Another, Respondents, v. Thomas Brown and Others; John F. Dorthy, Appellant.— Order affirmed, with costs. Green, J., not sitting.

Ellen Condon, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.

James F. Cunningham, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. (See *Petrie* v. *Trustees of Hamilton College,* 92 Hun, 81.)

Fred E. Drake, as Executor, etc., Respondent, v. Thomas G. McKibbon, Appellant, Impleaded with Others.— Judgment affirmed, with costs.

Alvah Eades, Appellant, v. Henry Goit and Lucinda Goit, Respondents.— Judgment of the County Court reversed, with costs. and the justice's judgment affirmed, with costs.

Conrad J. Fisher and Theodore D. Allen, Respondents, v. Spencer J. Tunbridge, Appellant.— Appeal dismissed, with costs.

First National Bank of Friendship, N. Y., Respondent, v. Abijah Weston, Survivor, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements.

Maurice A. Graves and Another, as Executors, etc., Appellants, v. Christopher C. Bradley, Respondent.— So much of the order of the Special Term as denies the plaintiffs' motion for leave to amend their complaint is reversed and the order is modified so as to

allow the amendment asked for, on condition that within twenty days from the entry of this order and service of a copy thereof the plaintiffs serve their amended complaint and stipulate that the trial of the action proceed before the referee heretofore appointed upon the evidence already taken and such additional proofs as may be offered by either party; and at the same time pay to the defendant's attorney a trial fee of thirty dollars. And on the further condition that the defendant be permitted to answer such amended complaint within twenty days after its service as aforesaid. And as so modified the order is affirmed, with ten dollars costs and disbursements to the respondent. In case of the non-compliance with the above conditions, or any of them, the order appealed from is affirmed, with ten dollars costs and disbursements to the respondent.

Maurice A. Graves and Another, as Executors, etc., Appellants. v. Christopher C. Bradley, Respondent.— Motion to dismiss appeal denied, without costs to either party.

Frederick Lawson, Respondent, v. Catherine Lawson, Appellant.— Judgment and order affirmed, with costs.

The Miller Brewing Company, Respondent v. The City of Rochester, Appellant.— Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Accounting of Frank J. Hone, Appellant, as Receiver of the Property of Charles F. Lighthouse.— Order affirmed, with ten dollars costs and disbursements. Adams, J., not voting.

In the Matter of the Examination of David E. Mosely, Third Person in the Proceedings Supplementary to Execution, in the Action Entitled George C. Haines v. John F. Dorthy. David E. Mosely, Third Person, Appellant; George C. Haines, Judgment Creditor, Respondent.—Order affirmed, with costs against the appellant.

In the Matter of Opening Taylor Street. City of Syracuse, Respondent; Syracuse, Binghamton and New York Railroad Company, Appellant.— Order reversed, with disbursements allowed to appellant.

In the Matter of the Probate of the Will, etc., of Mary E. Barber, Deceased.— Motion denied. Order settled, marked and filed with the clerk. Ward, J., dissenting.

In the Matter of the Judicial Settlement of the Intermediate Accounts of Loren M. Kittsley, as Executor, etc., of John Merz, Deceased. Loren M. Kittsley, Appellant; Christine Merz, Respondent. - Order affirmed, with costs against the appellant personally.

Hugh O'Hara, Respondent, v. Aaron F. Chapman and George W. Storms, Appellants.— Judgment and order affirmed, with costs.

Martin O'Connor, Respondent, v. Charles W. Johnson, Appellant.—Order affirmed, with ten dollars costs and disbursements.